USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lynette Tatum-Rios, *individually and on behalf of all other persons similarly situated*,

                Plaintiff,

–v–

HPF Christopher Inc.,

                Defendant.

20-cv-2820 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Plaintiff in this matter filed a Complaint on April 5, 2020. Dkt. No. 1. An electronic summons as to Defendant HPF Christopher Inc. was issued on April 6, 2020. Dkt. No. 4. But no proof of service was ever filed, and no counsel has entered an appearance on behalf of Defendant. IT IS HEREBY ORDERED that the initial pre-trial conference currently scheduled for August 7, 2020 is hereby adjourned to October 9, 2020 at 3 p.m.

    IT IS FURTHER ORDERED that Plaintiff shall submit a letter detailing the status of service of the Defendant within one week of the date of this Order.

    IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendant and inform Respondent of Rule 1.I of this Court's Individual Practices, which requires all attorneys representing parties before this Court to register promptly as filing users on ECF.

    SO ORDERED.

Dated: August 3, 2020
       New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge