UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNETTE TATUM RIOS, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>HPF CHRISTOPHER, INC.,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:20-cv-02820-AJN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

With Defendant having not filed an Answer or a Motion for Judgment, Plaintiff hereby voluntarily dismisses this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own fees and costs.

Because no class has been certified, and no motion for class certification filed, this matter may be dismissed without further notice or court approval.

Dated: August 21, 2020
       New York, New York

                          s/ Christopher H. Lowe
                          Christopher H. Lowe
                          LIPSKY LOWE LLP
                          420 Lexington Avenue, Suite 1830
                          New York, New York 10170
                          chris@lipskylowe.com
                          Tel: 212.392.4772
                          *Attorneys for Plaintiff*